**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE

JOSEPHINE L. STATON
January 25, 2016

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DANNY ROGERS<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARK WHITEHEAD, et al.<br><br>　　　　Defendants. | Case No. 8:16-CV-00094-JLS-KES<br><br>Judge: Josephine L. Staton<br>Mag. Judge: Karen E. Scott<br><br>**[PROPOSED] ORDER GRANTING DONALD OKADA'S *EX PARTE* MOTION TO REMAND (Doc. 10)**<br><br>Removal Filed: Jan. 19, 2016 |

　　　Having reviewed all papers filed in support of and in opposition to Defendant and Cross-Complainant Donald Okada's *Ex Parte* Motion to Remand, the motion is hereby GRANTED.  This action is immediately remanded back to the Superior Court for the State of California, County of Orange as the matter captioned as *Rogers v. Whitehead, et al.*, No. 30-2014-00759167-CU-CO-CJC.

　　　In addition, Defendant Mark Whitehead is hereby ORDERED to pay Donald Okada's attorney's fees in the amount of $3,220 within 14 days after entry of this Order.

　Dated: _____, 2016

**DENIED**
BY ORDER OF THE COURT
_____
Hon. Josephine L. Staton
United States District Court Judge